UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT  NEW HAVEN
July 15 2020
Roberta D. Tabora, Clerk
By /s/
Deputy Clerk

Grand Jury N-19-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BARRY DUCLOS, a.k.a. 1NOLEFB1 | CRIMINAL NO. 3:18CR196 (VAB)<br><br>VIOLATIONS:<br><br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)<br>(Possession with intent to distribute and distribution of fentanyl and its analogues)<br><br>18 U.S.C. § 924(c)(1)(A)(i)<br>(Possession of a firearm in furtherance of a drug trafficking crime)<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>(Unlawful possession of a firearm by a convicted felon)<br><br>21 U.S.C. § 853<br>(Criminal forfeiture) |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Possession with Intent to Distribute and Distribution of a Fentanyl Analogue)

1. On or about October 2, 2017, in the District of Connecticut, defendant BARRY DUCLOS, a.k.a. "1NOLEFB1," knowingly and intentionally possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of cyclopropyl fentanyl, a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT TWO
(Possession with Intent to Distribute and Distribution of a Fentanyl Analogue)

2. On or about October 11, 2017, in the District of Connecticut, defendant BARRY DUCLOS, a.k.a. "1NOLEFB1," knowingly and intentionally possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of cyclopropyl fentanyl, a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT THREE
(Possession with Intent to Distribute and Distribution of a Fentanyl Analogue)

3. On or about October 12, 2017, in the District of Connecticut, defendant BARRY DUCLOS, a.k.a. "1NOLEFB1," knowingly and intentionally possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of cyclopropyl fentanyl, a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT FOUR
(Possession with Intent to Distribute and Distribution of a Fentanyl Analogue)

4. On or about October 24, 2017, in the District of Connecticut, defendant BARRY DUCLOS, a.k.a. "1NOLEFB1," knowingly and intentionally possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of cyclopropyl fentanyl, a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT FIVE
(Possession with Intent to Distribute and Distribution of a Fentanyl Analogue)

5.     On or about October 31, 2017, in the District of Connecticut, defendant BARRY DUCLOS, a.k.a. "1NOLEFB1," knowingly and intentionally possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of cyclopropyl fentanyl, a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT SIX
(Possession with Intent to Distribute and Distribution of a Fentanyl Analogue)

6.     On or about November 17, 2017, in the District of Connecticut, defendant BARRY DUCLOS, a.k.a. "1NOLEFB1," knowingly and intentionally possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of cyclopropyl fentanyl, a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT SEVEN
(Possession with Intent to Distribute and Distribution of a Fentanyl Analogue)

7.     On or about November 20, 2017, in the District of Connecticut, defendant BARRY DUCLOS, a.k.a. "1NOLEFB1," knowingly and intentionally possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of cyclopropyl fentanyl, a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

<u>COUNT EIGHT</u>
(Possession with Intent to Distribute and Distribution of a Fentanyl Analogue)

8. On or about November 29, 2017, in the District of Connecticut, defendant BARRY DUCLOS, a.k.a. "1NOLEFB1," knowingly and intentionally possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of cyclopropyl fentanyl, a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

<u>COUNT NINE</u>
(Possession with Intent to Distribute and Distribution of Fentanyl and Fentanyl Analogues)

9. On or about February 12, 2018, in the District of Connecticut, defendant BARRY DUCLOS, a.k.a. "1NOLEFB1," knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of fentanyl and carfentanil, both Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

<u>COUNT TEN</u>
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

10. From on or about November 10, 2017, through on or about February 12, 2018, in the District of Connecticut, defendant BARRY DUCLOS, a.k.a. "1NOLEFB1," did knowingly possess a firearm, that is, a YHM Model 15 firearm, bearing serial number YH6400 with a Hardened Arms upper receiver, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute and distribution of fentanyl and its analogues, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Counts Six to Nine of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT ELEVEN
(Unlawful Possession of a Firearm by a Convicted Felon)

11.     On or about February 12, 2018, in the District of Connecticut, defendant BARRY DUCLOS, a.k.a. "1NOLEFB1," having been, and knowing that he had been, convicted in the Connecticut Superior Court of a crime punishable by imprisonment for a term exceeding one year, that is: (1) Sale of Narcotics, in violation of Connecticut General Statutes § 21a-277(a), on or about February 7, 2001; and (2) Larceny in the Third Degree, in violation of Connecticut General Statutes § 53a-124 on or about March 29, 2017, did knowingly possess a firearm in and affecting commerce, namely a YHM Model 15 firearm, bearing serial number YH6400 with a Hardened Arms upper receiver, which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS
(Controlled Substance and Firearms Offenses)

12.     Upon conviction of one or more of the controlled substance offenses alleged in Counts One through Nine, defendant BARRY DUCLOS, a.k.a. "1NOLEFB1," shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 21, United States Code, Section 841, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the said violations and a sum of money equal to the total amount of proceeds obtained as a result of the offenses, that is: (1) 7.13218BTC and 1.49273858BTC, federal authorities seized on June 1, 2018; and (2) a Black 2017 GMC Sierra 1500SLT 4 Door Pickup Truck (VIN: 3GTP1NEJXHG394477), federal authorities seized on February 12, 2018.

13. Upon conviction of one or more of the firearm offenses alleged in Counts Ten and Eleven, defendant BARRY DUCLOS, a.k.a. "1NOLEFB1," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), his interest in a YHM Model 15 firearm, bearing serial number YH6400 with a Hardened Arms upper receiver, and all related ammunition seized with this firearm on February 12, 2018.

14. If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property that cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL.

/s/

FOREPERSON

UNITED STATES OF AMERICA

_____
LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

_____
LAUREN C. CLARK
ASSISTANT UNITED STATES ATTORNEY